# MEMORANDUM OF DECISIONS.

## (T. D. 34171.)

### SUITS DISMISSED.

#### OCTOBER 20, 1913.

*Jewelry.*—United States *v.* Wiener Bros. *et al.* (1214); United States *v.* Lisner & Co. *et al.* (1230).

#### OCTOBER 24, 1913.

*Jewelry.*—United States *v.* Richards & Co. *et al.* (1250); United States *v.* Stern (1251); United States *v.* Musica & Son (1252); United States *v.* Wm. A. Brown & Co. (1253).

#### OCTOBER 31, 1913.

*Printed matter on coated paper.*—Gernet *v.* United States (1204); Gernet *et al. v.* United States (1210).

*Goddard's Plate Powder.*—United States *v.* Kraemer & Co. *et al.* (1173).

#### NOVEMBER 4, 1913.

*Goddard's Plate Powder.*—United States *v.* Acker, Merrall & Condit Co. (1192).

#### NOVEMBER 15, 1913.

*Twill lappings.*—United States *v.* Bredt & Co. (996).
*Immortelles.*—Rice & Co. *v.* United States (1155).
*Wood flour.*—Farr & Bailey Manufacturing Co. *v.* United States (1183).
*Fish, skinned and boned.*—United States *v.* Meyer & Lange (1198).
*Fish in tins.*—United States *v.* Strohmeyer & Arpe Co. *et al.* (1205).

#### NOVEMBER 28, 1913.

*Immortelles.*—Bayersdorfer & Co. *v.* United States (1184).
*Wood flour.*—Larzelere *v.* United States (1190); Innis, Speider & Co. *v.* United States (1191).

#### DECEMBER 9, 1913.

*Printed bottles.*—Utard *v.* United States (1236).

#### DECEMBER 29, 1913.

*Clerical error.*—United States *v.* Saunders (1279); United States *v.* Salt's Textile Manufacturing Co. (1289).

#### JANUARY 19, 1914.

*Pumice stone.*—Waddell & Co. *v.* United States (1296).

#### JANUARY 23, 1914.

*Shrinkage charges.*—United States *v.* Milbank (1316).